# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial  (212) 225-2508
E-Mail  cboccuzzi@cgsh.com

July 8, 2015

**BY ECF**

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 1630
New York, New York 10007

Re: *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) *et al.*; *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) *et al.*

Dear Judge Griesa:

We write in connection with plaintiffs' motions for discovery sanctions in the above-captioned matters, dated June 17, 2015, to inform the Court that the parties have agreed to the following amended briefing schedule:

- The Republic shall have until July 17, 2015, to serve responsive papers.

- Plaintiffs shall have until July 31, 2015, to serve reply papers.

Pursuant to Rule 1.F of the Court's individual practices, the parties represent that this is the second request for an extension of the briefing schedule.

      We respectfully request that the Court so-order the proposed schedule.

Respectfully submitted,

*Carmine D. Boccuzzi*

cc: Counsel of Record (by ECF)

SO ORDERED:

_____
    U.S.D.J.